926 A.2d 838

IN THE MATTER OF JOSEPH O. SULLIVAN, AN ATTORNEY AT LAW.

July 9, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–348, recommending that **JOSEPH O. SULLIVAN** of **WESTWOOD**, who was admitted to the bar of this State in 1983, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds), *RPC* 8.4(c) (conduct involving dishonesty, deceit or misrepresentation) and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **JOSEPH O. SULLIVAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JOSEPH O. SULLIVAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JOSEPH O.SULLIVAN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with disbarred attorneys;

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JOSEPH O.SULLI-VAN** pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.